UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

COURT FILE NO.: **1:16-CV-6807**

| | |
|---|---|
| BORIS DRABKIN,<br><br>          Plaintiff,<br>v.<br><br>CAPITAL ACCOUNTS, LLC.<br><br>          Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY NOTICED** by the Plaintiff and his attorneys, that the above-entitled action against this Defendant shall be and hereby is dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party and that a judgment of dismissal with prejudice may be entered in the above-entitled action pursuant hereto.

                                                            Respectfully submitted,

Dated: December 23, 2016             */s/ Mikhail Usher*          .
                                                            Mikhail Usher, Esq.
                                                            USHER LAW GROUP, P.C.
                                                            Attorneys for Plaintiff
                                                            2711 Harway Avenue
                                                            Brooklyn, New York 11214
                                                            Telephone:  (718) 484-7510
                                                            Facsimile:   (718) 865-8566
                                                            musheresq@gmail.com